DANIEL G. BOGDEN
United States Attorney
District of Nevada
KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada Bar No. 11573
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *krystal.rosse@usdoj.gov*
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CORBIN, | Case No. 2:14-cv-01071-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| UNITED STATES OF AMERICA, EX REL; DOES 1 through 20; and ROE ENTITIES 1 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Dated this 2nd day of August 2016.

RICHARD HARRIS LAW FIRM

BRYAN A. BOYACK, Esq.
*Attorney for Plaintiff*

DANIEL G. BOGDEN
United States Attorney

KRYSTAL J. ROSSE
Assistant United States Attorney
*Attorneys for the United States*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: August 10, 2016

1